1  KENT M. ROGER, State Bar No. 95987
   WILLIAM J. TAYLOR, State Bar No. 72902
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105
   Telephone: (415) 442-1000
4  Facsimile: (415) 442-1001

5  Attorneys for Defendants
   Hitachi America, Ltd. and Hitachi Electronic
6  Devices (USA), Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | Aspen Building Technology, Inc., on behalf of itself and all others situated, | Case No. C-07-CV-2995
12 | Plaintiff, | **HITACHI AMERICA, LTD.'S AND HITACHI ELECTRONIC DEVICES (USA), INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 | v. |
14 |   |
15 | LG-Philips LCD Co. Ltd., LG Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.; and Hannstar Display Corporation, | Honorable Jeffrey S. White
   | Defendants. |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves are known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

The corporate parent of both Hitachi America, Ltd. (hereinafter "HAL") and Hitachi Electronic Devices (USA), Inc. (hereinafter "HED-US") is Hitachi, Ltd. (Japan). No publicly held company owns 10% or more of the stock of either HAL or HED-US.

Dated: June 15, 2007

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER
WILLIAM J. TAYLOR

By:   /s/
        Kent M. Roger

Counsel for Defendants
Hitachi America, Ltd. and Hitachi Electronic Devices (USA), Inc