H. Laddie Montague, Jr.
Ruthanne Gordon
Bart D. Cohen
Candice J. Enders
Matthew P. McCahill
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Attorneys for Plaintiff Nathan Muchnick, Inc.
and Proposed Interim Co-Lead Counsel for
the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. C-07-1827 SI <br><br> MDL No. 1827 |
| This Document Relates To: <br><br> ALL DIRECT PURCHASER ACTIONS | **STATEMENT IN RESPONSE TO PARAGRAPH 12(b) OF PRETRIAL ORDER #1 DATED JULY 3, 2007** |

**STATEMENT IN RESPONSE TO PARAGRAPH 12(b) OF PRETRIAL ORDER #1 DATED JULY 3, 2007**
Master File No. C07-1827 SI

Pursuant to paragraph 12(b) of the Court's Pretrial Order #1, Berger & Montague, P.C. ("Berger & Montague") hereby submits the following statement:

1. Berger & Montague is counsel of record in one TFT-LCD case: *Nathan Muchnick, Inc. v. Sharp Corp., et al.*[1] The Nathan Muchnick action was filed in the District of New Jersey on December 19, 2006 – the second direct purchaser action to be filed in any court. It was transferred to this Court on May 1, 2007. *See Nathan Muchnick, Inc. v. Sharp Corp., et al.*, No. 3:07-cv-02323-SI.

2. Nathan Muchnick, Inc. was a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business at 1725 Chestnut Street, Philadelphia, PA 19103. The current address for Nathan Muchnick, Inc. is c/o Eugene J. Muchnick, 410 Spring Garden Lane, West Conshohocken, PA 19428. During the relevant period through 2003, Nathan Muchnick, Inc. was engaged in the retail sale of home electronics products. During the proposed class period, Nathan Muchnick, Inc. purchased tens of thousands of dollars of TFT-LCD products directly from defendants.

3. Berger & Montague represents only direct purchasers of TFT-LCD. Berger & Montague has neither filed nor appeared in any cases on behalf of indirect purchasers of TFT-LCD.

Dated: July 9, 2007

Respectfully submitted,

/s/ *H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Ruthanne Gordon
Bart D. Cohen
Candice J. Enders
Matthew P. McCahill
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

---

[1] Berger & Montague has served as Nathan Muchnick's antitrust counsel since 1998.