H. Laddie Montague, Jr.
Ruthanne Gordon
Bart D. Cohen
Candice J. Enders
Matthew P. McCahill
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Attorneys for Plaintiff Nathan Muchnick, Inc.*
*and Proposed Interim Co-Lead Counsel for*
*the Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. C-07-1827 SI |
| | MDL No. 1827 |
| This Document Relates To: | |
| ALL DIRECT PURCHASER ACTIONS | **PROOF OF SERVICE** |

I, H. Laddie Montague, Jr., declare as follows:

I am employed by Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103. I am over the age of eighteen years and am not a party to this action.

On July 9, 2007, I served a true and correct copy of the **STATEMENT IN RESPONSE TO PARAGRAPH 12(b) OF PRETRIAL ORDER #1 DATED JULY 3, 2007** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 9, 2007, at Philadelphia, Pennsylvania.


*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.

**PROOF OF SERVICE**
Master File No. C07-1827 SI