Cohen, Milstein, Hausfeld & Toll P.L.L.C.
Richard A. Koffman
rkoffman@cmht.com
Kathleen M. Konopka
kkonopka@cmht.com
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:     (202) 408-4600
Facsimile:      (202) 408-4699

*Attorneys for Plaintiffs Art's TV & Appliance, Omnis Computer Supply, Inc., Magic Video Inc., and Joseph Piscitello*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION, <br><br> _____ <br><br> This Documents Relates to: <br><br> ALL ACTIONS, | Case No. M:07-cv-01827-SI <br><br> MDL No. 1827 <br><br> **RESPONSE TO PARAGRAPH 12(B) OF THE COURT'S PRETRIAL ORDER #1 AND AGENDA FOR JULY 10th STATUS CONFERENCE** <br><br> Hon. Susan Illston |

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

RESPONSE TO PARAGRAPH 12(B) OF THE
COURT'S PRETRIAL ORDER #1 And AGENDA
FOR THE JULY 10th STATUS CONFERENCE

1. Pursuant to the Court's Pretrial Order #1 and Agenda for July 10th Status Conference, please find below a chart containing a list of the TFT-LCD cases in which Cohen, Milstein, Hausfeld & Toll, P.L.L.C. is counsel of record, as well as the requested information for each plaintiff.

2. Cohen, Milstein, Hausfeld & Toll, P.L.L.C. only represents direct purchasers.

| Date Case Filed | Plaintiff | Address | Plaintiff's business | Approx. volume of TFT-LCD products purchased during the class period |
|---|---|---|---|---|
| January 19, 2007 | **Art's TV & Appliance** | 274 State Street, New Haven, Connecticut | Art's TV & Appliance is a TV and appliance retailer. | Art's TV & Appliance estimates purchasing $300-500K worth of TFT-LCD flat panel monitors **annually**. |
| March 7, 2007 | **Omnis Computer Supply, Inc.** | 141 Erie Boulevard, Schenectady, New York | Omnis Computer Supplies, Inc. was established in 1982 and provides a host of computer-related services and products including computer and printer repair, network services, custom computers and servers, and computer and hardware supplies. | Omnis Computer purchased at least two TFT-LCD panels. |
| March 8, 2007 | **Magic Video, Inc.** | 912 S. Lewis Street, New Iberia, Louisiana | Magic Video has been in business since 1985. They sell TV's and appliances. | Magic Video estimates purchasing approx. $10,000.00 worth of TFT-LCD flat panel monitors. |
| May 8, 2007 | **Joseph T. Piscitello** | 869 Meetinghouse Road, Rydal, Pennsylvania | Mr. Piscitello is an individual purchaser of a laptop computer containing a TFT-LCD panel. | Mr. Piscitello purchased one laptop computer containing a TFT-LCD panel. |

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
ATTORNEYS AT LAW

- 2 -

RESPONSE TO PARAGRAPH 12(B) OF THE COURT'S PRETRIAL ORDER #1 AND AGENDA FOR JULY 10th STATUS CONFERENCE

| | |
|---|---|
| DATE: July 9, 2007 | Respectfully submitted,<br><br>COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.<br><br>By: s/ Richard A. Koffman<br>Richard A. Koffman<br>Kathleen M. Konopka<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Tel. (202) 408-4600<br>Fax (202) 408-4699<br>***Attorneys for Plaintiffs*** |

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of July 2007, I electronically filed the foregoing Response to Paragraph 12(B) of the Court's Pretrial Order #1 and Agenda for July 10th Status Conference with the Clerk of the Northern District of California using the ECF system, which sent notification of such filing to the following.

                                                 / s / Kathleen M. Konopka
                                                    Kathleen M. Konopka